**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **THERESA L. MAY,** | 04-CV-1364-HU |
| Plaintiff, | ORDER |
| v. | |
| **JO ANNE BARNHART,** Commissioner of the Social Security Administration, | |
| Defendant. | |

**MAE RAE**
P.O. Box 7790
Salem, OR 97303
(503) 363-5424

    Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000

1 - ORDER

**LUCILLE G. MEIS**
Office of General Counsel
**DAPHNE BANAY**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, WA 98104
(206) 615-2113

      Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#25) on November 22, 2005, in which he recommended the Court grant Defendant's Motion to Remand (#22), deny the Motion to the extent Defendant seeks remand for additional proceedings and remand for payment of benefits.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#25) and, accordingly, **GRANTS in part** Defendant's Motion to Remand (#22), **DENIES** the Motion to the extent Defendant

2 - ORDER

seeks remand for further proceedings, and **REMANDS** this matter for calculation of benefits without further administrative proceedings.

    IT IS SO ORDERED.

    DATED this 10th day of January, 2006.

                                   /s/ Anna J. Brown

                                 ANNA J. BROWN
                                 United States District Judge