IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THERESA L. MAY,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARTNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 04-1364-HU<br><br><br><br>ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,831.15 and costs in the amount of $150.00, for a total of $3,981.15, are awarded to Plaintiff's attorney, Max Rae, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this _____ day of ___March___, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [04-1364-HU]